Charles E. WHEELOCK et al., Plaintiffs in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December 3, 1923.) No. 6049. In Error to the District Court of the United States for the Eastern District of Missouri. Verne Lacy and Edward A. Raithel, both of St. Louis, Mo., for plaintiffs in error. Eustace C. Wheeler, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of counsel for defendant in error.